THE ONE HUNDREDTH BANK, LTD., Appellant, v. SEABOARD TRADING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

ELIZABETH POSSIEN, Respondent, v. ECONOMY MERCANTILE CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

PEASE & ELLIMAN, INC., Appellant, v. FLORENCE JAFFRAY HARRIMAN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

DANIEL V. ARTHUR, Respondent, v. HARRY H. FRAZEE, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.; Smith, J., dissenting.

HENRY HAAS & SON, Appellant, v. TWENTY-THIRD WARD BANK OF THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

JOHN ALLEN DUNN, an Infant, etc., Respondent, v. HAZEL WARNER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

JOHN W. DUNN, Respondent, v. HAZEL WARNER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

JOHN ROSSETTI, Respondent, v. NEW YORK TELEPHONE COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

DOROTHY BRENNER, an Infant, by BENJAMIN BRENNER, Her Guardian ad Litem, Respondent, v. THE AGUILAR CORPORATION, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $35,131.93, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

BENJAMIN BRENNER, Respondent, v. THE AGUILAR CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

SAMUEL H. KRAUSS, Respondent, v. JOHN B. McCAFFREY, as Administrator, etc., of MARY C. McCAFFREY, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

HERMAN FELD, Respondent, v. LOUIS SCHMEMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

COURTEEN SEED COMPANY and Another, Respondents, v. HONG KONG AND SHANGHAI BANKING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ARBIB & HOULBERG, INC., Appellant, v. H. W. PAINE & COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.